# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) ) ) ) ) ) | Case No.: 1:07-cv-02814-CAB<br><br>Judge Christopher A. Boyko<br><br>**Joint Stipulation of**<br>**Dismissal with Prejudice** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Jeffrey Janosek | ) ) | |
| Defendant. | ) ) ) ) ) ) | |

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs ATLANTIC RECORDING CORP., *et al.*, and Defendant Jeffrey Janosek, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/his own costs and fees. The parties request that the Clerk of Court now close this case.

```
                                    IT IS SO ORDERED.
                                    3/31/08

                                    s/Christopher A. Boyko
                                    United States District Judge
```

1